Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-11-00925-CV

Moises **DE LA VARA**,
Appellant

v.

Jaime **GIRON**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 369844
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
Sandee Bryan Marion, Justice
Phylis J. Speedlin, Justice

Delivered and Filed:  May 30, 2012

DISMISSED

The parties have filed a joint motion to dismiss this appeal. The motion states each party will pay his own costs. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against the party who incurred them. *See id*. 42.1(d).

PER CURIAM